JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NATIONAL PHOTO GROUP, LLC**, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>**INTERNATIONAL BUSINESS TIMES, INC.**, a Delaware corporation, and **DOES 1-10**, inclusive,<br><br>Defendants. | Case No. 2:12-cv-07869-FMO-CW<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

1  Before the Court is the Stipulation for Dismissal with Prejudice
2  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

3  IT IS HEREBY ORDERED that the above-captioned action and all
4  claims therein are hereby dismissed with prejudice pursuant to Federal Rule
5  of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own attorneys'
6  fees and costs.

Dated: September 23, 2013                    /s/
                                    The Hon. Fernando M. Olguin
                                    UNITED STATES DISTRICT JUDGE

Case No. 2:12-cv-07869-FMO-CW           1     **ORDER GRANTING DISMISSAL WITH PREJUDICE**